UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HORACE BRIDGES, TDCJ # 01533071, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-0373 |
| | § | |
| LANNETTE LINTHICUM, *et al*, | § § | |
| Defendants. | § § | |

## ORDER FOR A *MARTINEZ* REPORT

Plaintiff Horace Bridges, an inmate at the Texas Department of Criminal Justice–Correctional Institutions Division ("TDCJ"), filed this civil rights action alleging that the defendants denied him adequate medical care for his head, neck, and back pain while he was incarcerated at the Terrell Unit.

At the Court's request, Bridges has provided a more definite statement of his claims (Dkt 15). To supplement the pleadings, and so that the Court can evaluate Bridges' claims concerning the alleged denial of adequate medical treatment, the Court **ORDERS** the State Attorney General's Office to provide a report to the Court for its review within **sixty (60) days** under *Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1987). *See Cay v. Estelle*, 789 F.2d 318, 323 & n.4 (5th Cir. 1986) (discussing the utility of a *Martinez* report).

Plaintiff's motion for appointment of counsel (Dkt. 16) is **DENIED** at this time because the Court's screening of Plaintiff's complaint is not yet complete. *See* Dkt. 10, at 2, ¶ 5.

**The Clerk will provide a copy of this order to the parties. The Clerk shall further provide a copy of this order, along with a copy of the plaintiff's complaint (Dkt. 1), a copy of the Court's order for more definite statement (Dkt. 12), and the plaintiff's more definite statement (Dkt. 15) to Gloria Chandler and Elizabeth Mejia at Office of the Attorney General for the State of Texas, Law Enforcement Defense Division, P.O. Box 12548, Austin, Texas 78711-2548, by certified mail, return receipt requested.**

SIGNED at Galveston, Texas, this 30th day of January, 2019.

_____
George C. Hanks Jr.
United States District Judge